IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ANDREW SSENDIKWANAWA, | : |
| Petitioner | : |
| v. | : CIVIL NO. 4:CV-14-1196 |
| ERIC HOLDER, ET AL., | : (Judge Brann) |
| Respondents | : |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | |
|---|---|
| MICHAEL ANDREW SSENDIKWANAWA, | : |
| Petitioner | : |
| v. | : CIVIL NO. 3:CV-14-1241 |
| CRAIG LOWE, ET AL., | : (Judge Mariani) |
| Respondents | : |

## **ORDER**

July 14, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    The Clerk of Court is directed to **CONSOLIDATE**

           <u>Ssendikwanawa v. Holder, et al.</u>, Civil No. 4:CV-14-1196

> into <u>Ssendikwanawa v. Lowe, et al.</u>, Civil No. 3:CV-14-1241.

2. The Clerk of Court is directed to **CLOSE** the case of <u>Ssendikwanawa v. Holder, et al.</u>, Civil No. 4:CV-14-1196.

BY THE COURT;

　s/ Matthew W. Brann　
Matthew W. Brann
United States District Judge